# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | 2:12-cr-90-JCM-VCF |
| | ) | Case No. 2:12-mj-147-PAL |
| | ) | |
| WILLIAM GREENFIELD | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT<br>333 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Thursday, March 22, 2012, 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: March 19, 2012

*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*